# United States District Court
## Southern District of Georgia

Dexter Shaw,

　Plaintiff,

v.

Steve Upton; Warden Robert Toole; John Paul; Janet Brewton; Roy Sabine; Milton Smith; and Lisa Fountain,

　Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:16-cv-6

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated June 24, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is Granted. Plaintiff is Denied in forma pauperis status on appeal and this action stands closed.

Approved by: _____

June 25, 2021
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk